```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                        Plaintiff(s),

             -against-

Jose Cuatle-Coyotl,

                       Defendant(s).

24-CR-0491 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Arraignment and Initial Pretrial Conference is scheduled for August 22, 2024, at 11:00 a.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: August 20, 2024
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge