USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Jose Cuatle-Coyotl,

                Defendant(s).

24-CR-0491 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Arraignment and Initial Pretrial Conference has been rescheduled to August 27, 2024, at 10:30 a.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: August 21, 2024
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge