January 13, 2025

**VIA EMAIL**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Request GRANTED. The Status Conference is hereby adjourned to **Monday, March 3, 2025 at 11:30 a.m.** Speedy trial time excluded until March 3, 2025, in order to allow time for discussions about a potential pretrial disposition. The Clerk of Court is directed to terminate Dkt. No. 17. SO ORDERED.
>
> Dated: 1/13/2025

Re: **United States v. Jose Cuautle-Coyotl**
    **24 Cr. 491 (MMG)**

Dear Judge Garnett:

    I write, with the consent of the Government, to request a 45-day adjournment of the status conference in the above captioned matter, currently scheduled for January 13, 2025. The parties are engaged in discussions regarding a pretrial resolution and this request is made to allow additional time to complete those discussions and prepare for an anticipated change of plea hearing. This is the first request for an adjournment.

    Mr. Cuautle-Coyotl consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:    AUSA Katherine Cheng