USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03-03-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Jose Cuatle-Coyotl,

                Defendant(s).

24-CR-0491 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Status Conference in this matter is adjourned to April 4, 2025, at 10:00 a.m. in Courtroom 906, 40 Foley Square, New York, NY 10007. Speedy trial time excluded until April 4, 2025, to allow time for discussions about a potential pretrial disposition.

Dated: March 3, 2025
       New York, New York

                        SO ORDERED.

                        MARGARET M. GARNETT
                        United States District Judge