**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*
Southern District

September 3, 2025

**VIA EMAIL**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Jose Cuatle-Coyotl**
      24 Cr. 491 (MMG)

Dear Judge Garnett:

I write, with the consent of the Government, to request a two-week adjournment of the status conference in the above captioned matter, currently scheduled for September 5, 2025. The Government has extended a plea offer to Mr. Cualtl-Coyotl and he requires additional time to review the offer and prepare for a potential change of plea.

Therefore, I respectfully request that the Court adjourn the conference to September 19, 2025, at 10:30 am, when I am informed that the Court is available. I anticipate that Mr. Cualtl-Coyotl will be prepared to enter a plea pursuant to a plea agreement at that time.

Mr. Cuatle-Coyotl consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:   AUSA Katherine Cheng

---

GRANTED. The status conference previously scheduled for September 5, 2025 is ADJOURNED until **September 19, 2025** at **10:30 AM**. Speedy Trial Act time is excluded, on consent, from September 5, 2025 to September 19, 2025, in order to allow the Defendant sufficient time to consider the Government's plea offer and make an informed decision about changing his plea.
SO ORDERED. Dated September 4, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE