# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Southern District
Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2025

**VIA EMAIL**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Request GRANTED. Sentencing in this matter is adjourned to Tuesday, February 17, 2026, at 10:30 a.m. Defendant's submission is due by February 3, 2026. Government's submission is due by February 10, 2026. The Clerk of Court is respectfully directed to terminate Dkt. No. 29. SO ORDERED.
>
> Dated: November 12, 2025

Re:  **United States v. Jose Cuautle-Coyotl**
     **24 Cr. 491 (MMG)**

Dear Judge Garnett:

I write, with the consent of the Government, to request a 60-day adjournment of the sentencing hearing in the above captioned matter, currently scheduled for December 18, 2025. This request is made to allow the Department of Probation to complete its presentence investigation and prepare its report. I understand from Probation that it intends to request an extension of the First Disclosure date to November 21, 2025, and the Second Disclosure to December 18, 2025. Mr. Cuautle-Coyotl has no objection Probation's request.

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio, Esq.
Federal Defenders of New York
(917) 612-3274

Cc:   AUSA Katherine Cheng