UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent** ~~**Proposed**~~ **Order of Restitution** |
| v. | |
| JOSE CUATLE-COYOTL,<br>    a/k/a "JOSE CARLOS CUAUTLE COYOTL,"<br>    a/k/a "ALEXIS NIEBLA," | S1 24 Cr. 491 (MMG) |

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Katherine Cheng, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1.    Amount of Restitution

JOSE CUATLE-COYOTL, the defendant, shall pay restitution in the total amount of $6,000, pursuant to 18 U.S.C. §§ 2429, 2259, 3663, and 3663A, to the victims of the offense charged in Count Two, possession of child pornography. The pseudonyms, addresses, and specific amounts owed to each victim are in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.    Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

2025.02.20

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  While the defendant is in prison, in a Bureau of Prisons (BOP) non-Unicor work program, the defendant shall pay $25 per quarter toward restitution; if the defendant participates in a BOP Unicor program in grades 1 through 4, the defendant shall pay 50 percent of his monthly Unicor earnings toward restitution, consistent with 28 C.F.R. 545.11. While the defendant is serving a term of imprisonment, the required payments may be made through the BOP's Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

After the defendant's release from prison, if there is any restitution still owed, it must be paid in monthly installments of 15 percent of the defendant's gross monthly income during the period of the defendant's supervised release.  The defendant will commence such monthly

payments 30 days after the day of the defendant's release from prison and the beginning of his term of supervised release.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6.      Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

By: _____          5/5/2026
        Katherine Cheng                          DATE
        26 Federal Plaza
        New York, NY 10278
        Tel.: (212) 637 – 2492

JOSE CUATLE-COYOTL

By: __/s/ Jose Cuatle-Coyotl by Amy Gallicchio          May 19, 2026
        Jose Cuatle-Coyotl                                         DATE


By: _____          May 19, 2026
        Amy Gallicchio                          DATE
        52 Duane Street, 10th Floor
        New York, NY 10007
        Tel: (212) 417-8728


SO ORDERED:

_____          5/28/2026
HONORABLE MARGARET M. GARNETT          DATE
UNITED STATES DISTRICT JUDGE


2025.02.20                                    4